IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01087-REB-BNB

THE ESTATE OF GLEN ROBERT HOFFMAN, by and through Nancy L. Hoffman, personal representative,
NANCY L. HOFFMAN and
GLENN RICHARD HOFFMAN

Plaintiffs,

v.

CORRECTIONS CORPORATION OF AMERICAN/NORTHFORK CORRECTIONAL FACILITY, a Maryland corporation,
TRANSCOR AMERICAN, INC., a Tennessee corporation,
WADE WARREN, DO, in his individual and official capacity,
COGBURN, in her individual and official capacity,
FRED FIGUERO, in his individual and official capacity,
SAYRE MEMORIAL HOSPITAL, INCORPORATION, an Oklahoma not-for-profit CORPORATION,
TRAVA GRAHAM, M.D.,
JAMES T. CAIL, D.O.,
SOONER RADIOLOGY, INC., an Oklahoma corporation,
HOWARD D. HARPER, M.D.,
JONATHAN C. ROCK, M.D.,
BRAD KENNEY, in his individual and official capacity,
DARCY WEDERSKI, in her individual and official capacity,
KEVIN FURTON, capital, and
COLORADO DEPARTMENT OF CORRECTIONS, STATE OF COLORADO,

Defendants.
_____

**ORDER**
_____

Plaintiffs' counsel appeared this afternoon for a status conference. Consistent with matters discussed at the status conference:

IT IS ORDERED that the plaintiffs shall perfect service of process on or before **September 4, 2009**.

IT IS FURTHER ORDERED that a scheduling conference is set for **October 5, 2009, at 8:30 a.m.,** in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  The parties shall prepare a proposed scheduling order and submit it to the court on or before **October 1, 2009**.

Dated July 31, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge